**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-25-50081-001-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| James Leroy Sallee, Sr., | |
| Defendant. | |

Pending before the Court is Defendant's Motion to Modify Probation (Doc. 3). The Court appreciates the reason for the motion ("I am motivated and aspire[d] to maximize my potential."). And the Court has been advised of the recent tragedy in the Defendant's life. Nevertheless, the Court must deny the motion. The Court cannot supervise the Defendant if he is only present a few days in the state. And, unfortunately, the nature of Defendant's conviction and of recent potential violations of his probation suggest that it would not yet be advisable for the Court to permit him to leave the state for the balance of every month. Therefore, his request is, respectfully, denied.

Dated this 8th day of September, 2025.

_____
G. Murray Snow
Senior United States District Judge